**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case Number:** _____

Sylena Dryden *hydra*
_____
(Write the full name of the plaintiff)

vs.

Judge Stacey Schulman
Department of Children's & Families
Henderson Behavioral Health
_____

FILED BY _____ D.C.

FEB 25 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

_____
(Write the full name of the defendant/s in this case)

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

**A.** Plaintiff: Sylena Dryden _____

Address: _____

Inmate/Prison No.: Non-prisoner _____

*Year* of Birth: 1996 **(Do not include day or month, pursuant to Fed. R. Civ. P 5.2)**

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: Stacey Schulman Defendant: Dept of Children & Families
                                               State Government
Official Position: Judge     Official Position: Agency
                Broward County
Place of Employment: Court house Place of Employment: State agency

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

pg 2
(pg 4)

Dates: (Statement of Claim)

Stacey Bain contacted me advising me that they received a report regarding an incident that allegedly took place with law enforcement involving me and my kids Devae & Dy'hani Francis. She stated they need to check on the safety & wellbeing of my kids. That if they didn't see my kids they would put a warrant out for my arrest for kidnapping along with a Amber Alert. She stated if I signed temporary custody over to my sister & when they make contact with my kids that if they were unharmed they will close the case. I was sheltered in court the very next day. She lied due to the threats being under duress & the lie I signed custody temporarily to my sister

Judge Schulman- on various occasions during zoom court meeting I attempted to advise her of multiple barriers I was experiencing at that time, issues and concerns with DCF assigned attorney's I wouldn't be allowed to & she would place me in the breakroom with them they were never addressed on documented as if they were which due to those constant barrier is it prevented me from being able to successfully complete the case plan

Henderson Behavioral Health- During the child dependency matter I attempted to seek therapy (mental health services through this provider. & overrun other providers to seek help & to address any mental health concerns regarding my mental health & get help such as diagnosis, psychosocial (serlogrot) notes etc which I was advised I was able to obtain them & access despite paying the advised fee I was prevented from receiving them & then threatened with law enforcement. Falsely reported symptoms & symptoms unreported

Defendant #3

Henderson Behavioral Heath

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Adoption Reversed

Reestablished Full Custody of Both my kids

Compensatory for Pain & Suffering & Lost of Income

Injunctive Relief - court order change to dept policy & training

damages brought against whom willfully & knowingly ~~misrepresented the actions caused against~~

## IV. Jury Demand

Are you demanding a jury trial? __✓__ Yes ____ No

Signed this ___⊘S___ day of ___⊘∂___, 20 ∂⊾

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __02 | ∂δ | ∞∂⊾__

_____
Signature of Plaintiff

(pg 4)
(pg 6)

# INSTRUCTIONS FOR FILING A
# COMPLAINT UNDER THE CIVIL RIGHTS ACT
# 42 U.S.C., SECTION 1983

This packet includes two forms:
(1)     Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983
(2)     Application to Proceed Without Prepayment of Fees or Costs

To start an action you must file:
- an original, signed complaint,
- one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies. You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
- filing fee of $402.00 or an Application to Proceed Without Prepayment of Fees/Cost

Return the above forms and/or filing fee to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these forms). As the plaintiff, you must sign and swear to the accuracy of the information in the complaint. If you need more space than is provided on the form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also, you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.

cpg1